UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

**CIVIL ACTION NO. 04-226-JBC**

**GUNDAKER/JORDAN AMERICAN HOLDINGS, INC.,**                                                                                           **PLAINTIFF,**

**V.**                       **MEMORANDUM OPINION AND ORDER**

**CHARLES R. CLARK, ET AL.,**                                                                                     **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on the Lamb Foundation's motion to alter or amend the amended judgment (R. 382) and motion for approval of a supersedeas bond and stay of execution of the amended judgment (R. 383). In support of its motion to alter or amend, the Lamb Foundation does not raise any new issues but simply relies on its prior motions and memoranda in support. Thus, for the reasons stated in the court's memorandum opinion and order (R. 378) entered on August 4, 2009, **IT IS ORDERED** that the motion to alter or amend the amended judgment (R. 382) is **DENIED** and the plaintiff need not file a response to that motion.

Because of the time-sensitive nature of the Lamb Foundation's motion for approval of a supersedeas bond and stay of execution of the amended judgment (R. 383), **IT IS ORDERED** that the plaintiff shall file its response to that motion no later than Tuesday, August 18, 2009, and the Lamb Foundation shall file its reply no later than Thursday, August 20, 2009.

Signed on   August 14, 2009

*Jennifer B. Coffman*

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY